KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel: (916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA SYMONE CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:19-CR-0090MCE |
| Plaintiff, ) | |
| ) | |
| ) | ORDER TO SACRAMENTO |
| ) | COUNTY ADULT CORRECTIONAL |
| v.  ) | HEALTH FOR CLIENT MEDICAL |
| ) | RECORDS |
| ) | |
| EVA SYMONE CHRISTIAN ) | |
| ) | |
| Defendant. ) | Judge: Hon. Morrison C. England |
| ==============================) | |

The Court hereby ORDERS Sacramento County Adult Correctional Health, the holder of Eva Christian's medical records at the Sacramento County Main Jail, to provide a copy of those records to defense counsel in this case, Eva Christian, within 48 hours of receipt of this Order. Eva Christian's reference number at the jail is X-5265811. Defense counsel shall provide a copy of this Order to Sacramento County Adult Correctional Health to obtain copies of Eva Christian's medical records.

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-4-