KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EVA CHRISTIAN.<br>　　　　　　　Defendant.<br>_____ | ) No. 2:19-CR-90-MCE<br>)<br>) STIPULATION FOR RELEASE<br>) OF DEFENDANT AND<br>) [FINDINGS AND ORDER<br>)<br>)<br>) Court: Hon. Morrison C. England, Jr.<br>)<br>) |

STIPULATION

1. The parties agree and stipulate, and request that the Court find the following:

   a. Defendant Eva Christian be released forthwith from federal custody on the following terms and conditions:

      i. Sherise Griffith, Ms. Christian's mother, shall be the third-party custodian for Ms. Christian;

      ii. Ms. Christian shall reside with Ms. Griffith at her apartment in Stockton, California.

      iii. Ms. Christian shall be placed on electronic monitoring and will be

-1-

supervised by Pretrial Services.

    iv. Ms. Christian shall participate in all programming and / or counseling deemed appropriate by Pretrial Services, including but not limited to Better Choices Court.

    v. Joe Christian, Eva Christian's brother, shall sign an unsecured bond in the amount of $10,000. This parties have five days from the signing of this stipulation to have the unsecured bond documentation executed.

2. The parties further agree that in light of the significant change in circumstances since Ms. Christian's arrest and initial post-arrest conduct, and existence of the foregoing release conditions, at this time Ms. Christian is neither a risk of flight or danger to the community, pursuant to 18 U.S.C. § 3143(2)(B).

IT IS SO STIPULATED.

Dated: April 8, 2021      Respectfully submitted,

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

Dated: April 8, 2021      /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Eva Christian

IT IS SO ORDERED.

Dated: April 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE