KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EVA CHRISTIAN<br><br>Defendants.<br>_____ | ) No. 2:19-CR-00090<br>)<br>) STIPULATION REGARDING<br>) SUPPLEMENTAL PRETRIAL RELEASE<br>) SUPERVISION CONDITIONS;<br>) [PROPOSED] FINDINGS AND<br>) ORDER<br>)<br>)<br>)<br>) Judge: Hon. Allison Claire |

**STIPULATION**

Upon request of the defendant, and consent of Pretrial Services and the government, it is hereby stipulated that the pretrial release conditions be modified to change the third-party custodian from Sherise Griffin to Joe Christian Sr. and that Ms. Christian will now reside with Mr. Joe Christian Sr.

Ms. Griffin lives in a small two-bedroom apartment, that was supposed to have a bedroom available for Eva Christian. However, that bedroom is still occupied by Eva Christian's brother. Ms. Christian is sleeping on an air mattress in the living room. The

housing situation is untenable. Joe Christian Sr., in Eva Christian's step-father who raised her. He lives in Stockton, has a three-bedroom house and has a bedroom that is currently unoccupied. Pretrial Services has spoken to Mr. Christian and confirmed he is willing to abide by the requirements of a third-party custodian, including installation of location monitoring equipment and reporting any non-compliance to Pretrial Services.

The updated conditions of release are attached hereto as Exhibit A.

All other conditions of pretrial release are to remain in full force and effect.

IT IS SO STIPULATED.


Dated:  April 29, 2021                    Respectfully submitted,


                                          /s/ Kelly Babineau
                                          KELLY BABINEAU
                                          Attorney for Eva Christian


Dated: April 29, 2021                     /s/ Brian Fogerty
                                          BRIAN FOGERTY
                                          Assistant U.S. Attorney


Dated: April 29, 2021                     /s/ Renee Basurto
                                          RENEE BASURTO
                                          U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED this 29th  day of April 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE