KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                                    Plaintiff,<br><br>           v.<br><br>EVA CHRISTIAN<br><br>                                    Defendants. | ) No. 2:19-CR-00090<br>)<br>) STIPULATION REGARDING<br>) SUPPLEMENTAL PRETRIAL RELEASE<br>) SUPERVISION CONDITIONS;<br>) [PROPOSED] FINDINGS AND<br>) ORDER<br>)<br>)<br>)<br>) Judge: Hon. Jeremy D. Peterson |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to change the curfew from "You must remain inside your residence every day from 5:00pm to 8:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations" to "You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."  Ms. Christian has been on pretrial release

–1–

since April of 2021 and has generally complied with the terms and conditions. Recently, Ms. Christian obtained employment that is from 8:00 a.m. to 5:00 p.m. This modification allows Ms. Christian an opportunity to complete errands after work without having to seek permission from Pretrial Services. The Government does not oppose this request. The complete conditions of release are included as Exhibit A, Special Conditions of Release.  The conditions, listed in Exhibit A, are as follows:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of Joe Christian and you must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9.  You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with victims or witnesses in this pending federal case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

    ***CURFEW: You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

13. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Deborah Barnes, on May 18, 2021 at 11:00am.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.


Dated: July 27, 2021                    Respectfully submitted,


                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Eva Christian

Dated: July 27, 2021                    /s/ Brian Fogerty
                                        BRIAN FOGERTY
                                        Assistant U.S. Attorney


Dated: July 27, 2021                    /s/ Renee Basurto
                                        RENEE BASURTO
                                        U.S. Pretrial Release Officer


# O R D E R

IT IS SO FOUND AND ORDERED.


Date: July 27, 2021

                                        _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE