KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-CR-00090 |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) SUPPLEMENTAL PRETRIAL RELEASE |
| v. | ) SUPERVISION CONDITIONS; |
| | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| EVA CHRISTIAN | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Allison Claire |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to remove the location monitoring. Ms. Christian has been on pretrial release since April of 2021 and has generally complied with the terms and conditions. In particular, she has had no location monitoring issues, is working full time and has continued to test negative. The Government does not oppose this request. The complete conditions of release are included

as Exhibit A, Special Conditions of Release.  The conditions, listed in Exhibit A, are as follows:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of Joe Christian and you must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with victims or witnesses in this pending federal case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Deborah Barnes, on May 18, 2021 at 11:00am.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: September 17, 2021          Respectfully submitted,


                                   /s/ Kelly Babineau
                                   KELLY BABINEAU
                                   Attorney for Eva Christian


Dated: September 17, 2021          /s/ Brian Fogerty
                                   BRIAN FOGERTY
                                   Assistant U.S. Attorney


Dated: September 17, 2021          /s/ Renee Basurto
                                   RENEE BASURTO
                                   U.S. Pretrial Release Officer


**ORDER**


IT IS SO FOUND AND ORDERED this 17th day of September, 2021.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE